# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
MAY 19 2008
MAY 19 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DERRICK CARTER

**Defendant(s):** ROGER E. WALKER, JR., et al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
Derrick Carter
R-60201
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph Street
Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 2. U.S. Government Defendant
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

08CV2897
JUDGE HART
MAGISTRATE JUDGE ASHMAN

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** M. Burke   **Date:** 5/19/08